Patrick M. Sullivan, Esq.
SULLIVAN LAW FIRM, P.C.
49 N. Main St, Suite D
Butte, Montana 59701
Telephone: (406) 221-1993
email: pss@sull-law.com

Attorneys for Plaintiff, American Modern Home Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF MONTANA

BILLINGS DIVISION

_____

| | |
|---|---|
| AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROYCE PAXSON AND JOLENE PAXSON,<br><br>　　　　　Defendants. | Cause No. CV-23-19-BLG-SPW-TJC<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

COMES NOW the Plaintiff, American Modern Home Insurance Company ("American Modern"), and for its Complaint against the Defendants, Royce and Jolene Paxson, hereby alleges and states as follows:

**1.　COMPLAINT FOR DECLARATORY JUDGMENT**

# INTRODUCTION

1. This is an action for declaratory judgment, as authorized by 28 U.S.C.A.§§ 2201, 2202 and Fed. R. Civ. 57. American Modern seeks a declaration from the Court as to whether it has an obligation under an insurance policy to defend and indemnify Defendants Royce Paxson and Jolene Paxson for personal injury claims asserted against them in a lawsuit filed in the Montana Sixteenth Judicial District Court, Custer County.

2. American Modern's position is that its insurance policy does not provide coverage to Defendants Royce Paxson and Jolene Paxson for the claims asserted against them and that American Modern does not have a duty to defend them in the lawsuit. Therefore, the Court should enter a declaratory judgment in favor of American Modern on the coverage issue.

# PARTIES, JURISDICTION, AND VENUE

3. American Modern is a corporation incorporated under the laws of Ohio, with its principal place of business in Ohio, and is a citizen of Ohio.

4. Defendants Royce Paxson and Jolene Paxson are residents of Custer County, Montana, and are citizens of Montana.

5. The accident and injury giving rise to the claim that is the subject of this action occurred in Garfield County, Montana.

2. **COMPLAINT FOR DECLARATORY JUDGMENT**

6. This Court has jurisdiction of this matter under 28 U.S.C.A. § 1332 because there is complete diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy exceeds $75,000.00 exclusive of interest and costs. The declaratory claim presents a case of actual controversy and seeks a declaration of the rights and relations of the parties herein.

7. Venue of this matter is proper in this Court pursuant to 28 U.S.C. § 1391(a) because of the events giving rise to the claim occurred in this judicial district and because the Defendants reside in this judicial district.

8. Venue of this matter is proper in the Billings Division as the Defendants reside in Custer County, Montana. L.R. 1.2(c)(2), 3.2(b).

## UNDERLYING LAWSUIT

9. On or about July 9, 2022, Kyler Venable, a minor, sustained bodily injuries stemming from an accident involving the use of an all-terrain vehicle (ATV) that occurred in Garfield County, Montana.

10. Sarina Venable, on behalf of Kyler Venable, has filed suit in the Montana Sixteenth Judicial District Court, Custer County, Montana, Cause No. DV-23-2 ("Custer County Action"), asserting personal injury claims arising from the ATV accident. (Complaint, Ex. A) The defendants are Paxson Brothers, LLC, Royce Paxson, and Jolene Paxson. The Complaint asserts that the ATV was owned by Royce Paxson but that it was used in the business of Paxson Brothers, LLC, and

3.  **COMPLAINT FOR DECLARATORY JUDGMENT**

was, de facto, Paxson Brothers' business equipment. Plaintiff Venable alleges that on July 9, 20222, a number of minors were negligently given use of the ATV. She alleges that the defendants acted in concert to exercise negligent supervision and control of the ATV, that the defendants knew or should have known of the high degree of probability of injury to the minors, and that they failed to act to protect the minor children. Plaintiff alleges that Kyler Venable suffered a serious injury as a result of an accident "arising out of the ownership, maintenance, use, supervision and control" of the ATV. (Complaint ¶¶4-7).

11.   American Modern has agreed to provide Defendants Royce and Jolene Paxson with a defense in the Custer County Action under reservation of rights. Because other liability insurers have also agreed to provide them with a defense, American Modern is participating with those insurers in providing them with a defense.

## INSURANCE POLICY PROVISIONS

12.   Nicole Friend is the named insured under a manufactured home policy issued by American Modern, Policy No. 100-83-946 ("Policy"), effective from 08/30/2021 to 08/30/2022. A true and correct copy of the policy is attached hereto as Exhibit "B" and incorporated herein by this reference.

4.   **COMPLAINT FOR DECLARATORY JUDGMENT**

13. Paxsons 38, LLC is an additional named inured under the Policy. Neither Royce Paxson nor Jolene Paxson is listed as a named insured under the Policy.

14. Under Section II, Liability Coverage, the Policy provides "personal liability" coverage with limits of $50,000 per occurrence. (Policy Declarations) The Policy's insuring agreement provides in part that "personal liability" coverage will be provided if a "claim" is made or a "suit" is brought against any **"insured person"** for damages because of **"bodily injury"** or **"property damage"** that is caused by an "occurrence," to which this coverage applies. (Policy, Section II-Liability Coverage) If "personal liability" coverage applies, American Modern will:

> 1. Pay up to our liability limit for the damages for which the insured person is legally liable, except for punitive or exemplary damages….
>
> 2. Provide a defense at our expense by counsel of our choice…We have no duty to defend any suit or settle any claims for **bodily injury** or **property damage** not covered under this policy.

(Policy, Section II -Liability Coverage)

The Policy defines various terms, including the following:

> **"Occurrence"** is "an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period in:

**5.    COMPLAINT FOR DECLARATORY JUDGMENT**

>>a. bodily injury; or
>>b. property damage.
>
>**"Insured person"** is defined to include:
>
>a. You and permanent residents of the residence premises who are:
>
>(1) Your relatives: or (2) other persons under the age of 21 and in the care of any person named above…

The Policy also provides that "You and Your refer to the Named Insured shown on the Declarations and the spouse, if a resident of the residence premises." (Policy Definitions).

**"Residence premises"** is defined in part as: "The one-family dwelling, other structures, and grounds where you live and that is shown on the Declarations…"

(Policy Definitions, Section II)

15. The insured dwelling shown on the Declarations is located at 700 Hell Creek Road, Jordan, Montana 59337. Neither Royce Paxson nor Jolene Paxson is a permanent resident of the residence premises.

16. The Policy contains various exclusions, including an exclusion that pertains to motor vehicles. The Policy (Section II – Exclusions) provides in part:

>**1. Personal Liability And Medical Payments To Others**
>
>We do not cover **bodily injury** or **property damage**: …
>
>>f. Arising out of:

**6. COMPLAINT FOR DECLARATORY JUDGMENT**

> (1) The ownership, maintenance, occupancy, operation, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or occupied by or rented or loaned to an insured person:
>
> (2) The entrustment by an insured person of a motor vehicle or any other motorized land conveyance to any person:
>
> (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor involving a motor vehicle or other motorized land conveyance: or
>
> (4) Failure to supervise, or negligent supervision of any person involving a motor vehicle or other motorized land conveyance by an insured person.

The Policy defines **"motor vehicle"** to include:

> a. Any motorized land conveyance of any type. This is regardless of whether or not it is licensed for road use or whether the motorized land conveyance is made for use on or off public roads. The term **motor vehicle** shall include, but is not limited to, automobiles, motorcycles, mopeds, all-terrain vehicles, tractors, riding lawn mowers, snowmobiles, and go-carts.

(Policy Definitions, ¶ 15)

## COUNT I:  CLAIM FOR DECLARATORY JUDGMENT

17. American Modern incorporates herein paragraphs 1 through 16 above as if fully stated again in full.

18. Under the terms of the Policy, American Modern has no duty to provide personal liability coverage, including a defense to any person who is not an insured person under the policy.

7. **COMPLAINT FOR DECLARATORY JUDGMENT**

19. Royce Paxson and Jolene Paxson are not insured persons under the Policy.

20. Because neither Royce Paxson nor Jolene Paxson is an insured person under the Policy, they are not afforded personal liability coverage, and American Modern has no duty to provide them with a defense in the Custer County Action.

21. Even if either Royce Paxson or Jolene Paxson qualified as an insured person under the Policy, the motor vehicle exclusion (exclusion f) bars coverage. That exclusion bars coverage for bodily injury arising out of the "ownership, maintenance, occupancy, operation, use…of motor vehicles…owned or occupied by or rented or loaned to an insured person;" [or] "The entrustment by an insured person of a motor vehicle…to any person;" [or] "Vicarious liability…for the actions of a child or minor involving a motor vehicle;" [or] "Failure to supervise, or negligent supervision of any person involving a motor vehicle…by an insured person." (Policy Exclusion (f)). The ATV involved in the subject accident is a motor vehicle as defined in the Policy.

22. Pursuant to the motor vehicle exclusion, American Modern has no duty to provide indemnity or defense coverage to Defendants Royce and Jolene Paxson.

WHEREFORE, American Modern is entitled to a declaration of the rights and legal relationship in regard to the American Modern policy under 28 U.S.C. §

8. **COMPLAINT FOR DECLARATORY JUDGMENT**

2201 and Fed. R. Civ. P. 57. American Modern seeks a judicial declaration that, as a matter of law, the Policy does not provide coverage to Royce or Jolene Paxson for the claims asserted against them in the Custer County Action, and that American Modern has no duty to provide them with a defense in that action.

DATED this 6th day of March, 2023.

        /s/ Patrick M. Sullivan
Patrick M. Sullivan
Sullivan Law Firm, P.C.
Attorneys for the Plaintiff

9. **COMPLAINT FOR DECLARATORY JUDGMENT**